# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-1542
LT Case No. 2016-CF-003372-B

_____

WILLIAM C. JACKSON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Rachael E. Reese and Olivia M. Goodman, of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Pamela J. Koller, Assistant Attorney General, Daytona Beach, for Appellee.


April 30, 2024


PER CURIAM.

AFFIRMED.


MAKAR, BOATWRIGHT, and MACIVER, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––